## KING MERCANTILE CO. v. HARP.

(Decided January 18, 1917.)

APPEAL from Bullock Circuit Court.

Heard before Hon. J. S. WILLIAMS.

No counsel marked for appellant.  NORMAN & RAINER, for appellee.

Per curiam.  Affirmed on certificate.

———

## LEONARD v. BAKER.

(Decided December 1, 1916.)

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. CURTIS.

No counsel marked for appellant.  FINCH & PENNINGTON, for appellee.

Per curiam.  Appeal dismissed for want of prosecution.

———

## LUMPKIN v. TOWN OF WETUMPKA.

(Two Cases)

(Decided November 23, 1916.)

APPEAL from Elmore Circuit Court.

Heard before Hon. GASTON GUNTER.

No counsel marked for either party.

Per curiam.  Affirmed on certificate.

———

## McCORD v. THE STATE.

(Decided December 21, 1916.)

APPEAL from Autauga Circuit Court.

Heard before Hon. W. W. PEARSON.

No counsel marked for appellant.  W. L. MARTIN, Attorney General, for the State.

Per curiam.  Appeal dismissed.